WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest Bishop,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Bullhead City, et al.,<br><br>　　　　　Defendants. | No. CV-16-08142-PCT-ESW<br><br>**ORDER** |

On August 29, 2016, the Court screened pro se Plaintiff's Complaint (Doc. 1) pursuant to 28 U.S.C.§ 1915(e)(2) and found that Plaintiff did not satisfy the pleading requirements of the Federal Rules of Civil Procedure and failed to state a cause of action (Doc. 9 at 2). The Court dismissed the Complaint without prejudice and granted Plaintiff leave to file an Amended Complaint to cure the deficiencies noted (*Id*. at 7). Plaintiff has filed an Amended Complaint (Doc. 12) and a second Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 11). Because a second Application is unnecessary, it will be stricken. The Court's finding of indigence stands.

The Court finds that Plaintiff has failed to correct the deficiencies noted by the Court regarding Plaintiff's original Complaint in Plaintiff's Amended Complaint. The substance of Plaintiff's Amended Complaint is duplicative of Plaintiff's original Complaint. Plaintiff's Amended Complaint does not satisfy the pleading requirements of the Federal Rules of Civil Procedure and fails to state a cause of action for all the reasons

set forth in the Court's Order filed August 29, 2016 (Doc. 9).

**CONCLUSION**

For the reasons set forth herein,

**IT IS ORDERED** dismissing Plaintiff's Amended Complaint (Doc. 12) with prejudice.

**IT IS FURTHER ORDERED** striking Plaintiff's second Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 11).

**IT IS FURTHER ORDERED** that the Clerk of Court terminate this case.

Dated this 16th day of September, 2016.

_____
Eileen S. Willett
United States Magistrate Judge